Jeffrey Willis, Esq.
Nevada Bar No. 4797
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
jwillis@swlaw.com
tlewis@swlaw.com

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*
*(incorrectly named as*
*Wells Fargo Home Mortgage and*
*Wells Fargo Financial*
*Cards)*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE C. PICHON,<br><br>                  Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE;<br>WELLS FARGO FINANCIAL CARDS;<br>HSBC MORTGAGE SERVICES F/K/A<br>HFC/USCL; EQUIFAX INFORMATION<br>SERVICES, LLC.<br><br>                  Defendants. | Case No. 2:17-cv-00275-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**FIRST REQUEST** |

It is hereby stipulated by and between Plaintiff Paul J. Couture ("Plaintiff"), through his attorneys, Knepper & Clark, and Defendant Wells Fargo Bank, N.A ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Plaintiff filed his Complaint on January 30, 2017 [Docket No. 1]. Wells Fargo was served on February 3, 2017, and its response is due on or about February 24, 2017. In the interest of conserving client and judicial resources, Wells Fargo requests, and Plaintiff agrees, that Wells Fargo shall have until **March 31, 2017**, to file its responsive pleading. This is the parties' first request for an extension of time to respond to the Complaint, and is not intended to cause any delay or prejudice to any party, but is intended so that the parties may discuss settlement.

Dated February 22, 2017

| KNEPPER & CLARK, LLC | SNELL & WILMER L.L.P. |
|---|---|
| By: ___/s/ Matt Knepper___<br>Matthew I. Knepper, Esq.<br>Miles N. Clark, Esq.<br>KNEPPER & CLARK, LLC<br>10040 W. Cheyenne Ave., Ste 170-109<br>Las Vegas, NV 89129<br>*(signed with permission)*<br><br>*Attorneys for Plaintiff*<br>*George Pichon* | By: ___/s/ Tanya N. Lewis___<br>Jeffrey Willis (NV Bar No. 4797)<br>Tanya N. Lewis (NV Bar No. 8855)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone:  (702) 784-5200<br>Facsimile:  (702) 784-5252<br><br>*Attorneys for Defendant Wells Fargo Bank, N.A. (incorrectly named as Wells Fargo Home Mortgage and Wells Fargo Financial Cards)* |

**ORDER**

**IT IS ORDERED THAT Wells Fargo Bank, N.A.'s time to respond to Plaintiff's Complaint shall be extended to on or before March 31, 2017.**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED February   24  , 2017.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Tanya N. Lewis, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
*Attorneys for Wells Fargo Bank, N.A. (incorrectly named as Wells Fargo Home Mortgage and Wells Fargo Financial Cards)*

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** by the method indicated below:

| | | | |
|---|---|---|---|
| _____ | U.S. Mail | _____ | Federal Express |
| _____ | U.S. Certified Mail | \_\_\_X\_\_\_ | Electronic Service |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Overnight Mail | | |

and addressed to the following:

Matthew I. Knepper, Esq.
Miles N. Clark, Esq.
KNEPPER & CLARK, LLC
10040 W. Cheyenne Ave., Ste 170-109
Las Vegas, NV 89129
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
HANES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

DATED this 22nd day of February, 2017.

*/s/ Debbie Withers*
An Employee of Snell & Wilmer L.L.P.

25822561

- 4 -