JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
MICHAEL R. HOGUE, ESQ.
Nevada Bar No. 12400
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400N
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: bundickj@gtlaw.com
         hoguem@gtlaw.com

*Counsel for Defendant*
*HSBC Mortgage Services f/k/a HFC/USCL*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE C. PICHON,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE;<br>WELLS FARGO FINANCIAL CARDS;<br>HSBC MORTGAGE SERVICES f/k/a<br>HFC/USCL; EQUIFAX INFORMATION<br>SERVICES, LLC,<br><br>    Defendants. | Case No.: 2:17-cv-00275-APG-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT HSBC MORTGAGE SERVICES f/k/a HFC/USCL TO FILE RESPONSIVE PLEADING**<br><br>**[SECOND REQUEST]** |

Defendant, HSBC Mortgage Services f/k/a HFC/USCL ("HSBC"), by and through its undersigned counsel of record, and Plaintiff, George C. Pichon, by and through his undersigned counsel of record, hereby stipulate and agree to extend the time for HSBC to file an answer or other responsive pleading to Plaintiff's Complaint by a period of fourteen (14) days from March 24, 2017, to April 7, 2017.

**IT IS SO STIPULATED.**

DATED this 22nd day of March, 2017.         **GREENBERG TRAURIG, LLP**

*/s/ Michael R. Hogue*
JACOB D. BUNDICK, ESQ. (NBN: 9772)
MICHAEL R. HOGUE, ESQ. (NBN: 12400)
3773 Howard Hughes Parkway, Suite 400N
Las Vegas, NV 89169

*Counsel for Defendant HSBC Mortgage Services f/k/a HFC/USCL*

DATED this 22nd day of March, 2017.         **KNEPPER & CLARK LLC**

*/s/ Matthew I. Knepper, Esq.*
MATTHEW I. KNEPPER, ESQ. (NBN: 12796)
MILES N. CLARK, ESQ. (NBN: 13848)
10040 W. Cheyenne Avenue, Suite 170-109
Las Vegas, NV 89129

DAVID H. KRIEGER, ESQ. (NBN: 9086)
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123

*Counsel for Plaintiff George C. Pichon*

**IT IS SO ORDERED** this 23rd day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March, 2017, a true and correct copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT HSBC MORTGAGE SERVICES f/k/a HFC/USCL TO FILE RESPONSIVE PLEADING** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
dkrieger@hainesandkrieger.com
*Counsel for Plaintiff*

Matthew I. Knepper, Esq.
Miles N. Clark, Esq.
KNEPPER & CLARK LLC
10040 W. Cheyenne Avenue, Suite 170-109
Las Vegas, NV 89129
Matthew.knepper@knepperclark.com
*Counsel for Plaintiff*

Bradley T. Austin
Snell & Wilmer LLP
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NY 89169
baustin@swlaw.com
*Counsel for Equifax Information Services, LLC*

Tanya N. Lewis
Jeffrey L. Willis
Snell & Wilmer LLP
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NY 89169
tpeters@swlaw.com
jwillis@swlaw.com
*counsel for Wells Fargo Financial Cards and Wells Fargo Home Mortgage*

*/s/ Natalie Young*
An employee of Greenberg Traurig, LLP