1

2

3

4 **UNITED STATES DISTRICT COURT**

5 **DISTRICT OF NEVADA**

6

7 GEORGE C. PICHON,                                    )
                                                       )
8                    Plaintiff,                         )          Case No. 2:17-cv-00275-APG-GWF
                                                       )
9 vs.                                                  )          **ORDER**
                                                       )
10 WELLS FARGO HOME MORTGAGE, *et al.*,                )
                                                       )
11                   Defendants.                        )
   _____          )

12

13        This matter is before the Court on the parties' Proposed Stipulated Protective Order (ECF

14 No. 23), filed on April 26, 2017.  The proposed protective order states that the party objecting to a

15 confidential designation has the burden of seeking appropriate relief from the Court.  ECF No. 23,

16 pg. 4.  However, the proposed protective order is unclear whether the party, who asserts that

17 particular information should be treated as confidential under the protective order, has the burden of

18 proof to establish that the information or document is entitled to such protection.  The parties are

19 directed to submit a revised protective order with that clarification.  Accordingly,

20        **IT IS HEREBY ORDERED** that the Proposed Stipulated Protective Order (ECF No. 23) is

21 **denied**, without prejudice.

22        DATED this 27th day of April, 2017.

23

24        _____
          GEORGE FOLEY, JR.
25        United States Magistrate Judge

26

27

28