Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE C. PICHON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; WELLS FARGO FINANCIAL CARDS; HSBC MORTGAGE SERVICES F/K/A HFC/USCL; EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendant | Case No.: 2:17-cv-00275-APG-GWF<br><br>**STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC, PURSUANT TO FRCP 41(A)(I)(A)(ii)** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Equifax Information Services, LLC, from the above captioned action, with prejudice. Each party will bear its own fees and costs.

Stipulation of Dismissal of Equifax Information Services, LLC, Pursuant to FRCP 41(A)(I)(A)(ii) - 1

IT IS SO STIPULATED.

Dated this 14th day of August, 2017.

| | |
|---|---|
| /s/ *Matthew I. Knepper*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | /s/ *Bradley T. Austin*<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>SNELL & WILMER LLP<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br>Email: baustin@swlaw.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services, LLC* |
| /s/ *Kelly H. Dove*<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Tanya N. Lewis, Esq.<br>Nevada Bar No. 8855<br>SNELL & WILMER, L.L.P.<br>3883 Howard Hughes Pkwy., Suite 1100<br>Las Vegas, NV 89169-5958<br>Email: kdove@swlaw.com<br>Email: tlewis@swlaw.com<br><br>*Counsel for Defendant*<br>*Wells Fargo Bank, N.A. (incorrectly named as Wells Fargo Home Mortgage and Wells Fargo Financial Cards)* | /s/ *Michael R. Hogue*<br>Jacob D. Bundick, Esq.<br>Nevada Bar No. 9772<br>Michael R. Hogue, Esq.<br>Nevada Bar No. 12400<br>GREENBERG TAURIG, LLP<br>3773 Howard Hughes Pkwy., Suite 400N<br>Las Vegas, NV 89169<br>Email: bundickj@gtlaw.com<br>Email: hoguem@gtlaw.com<br><br>*Counsel for Defendant*<br>*HSBC Mortgage Services formerly known as HFC/USCL* |

## **ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: August 15, 2017.

Stipulation of Dismissal of Equifax Information Services, LLC, Pursuant to FRCP 41(A)(I)(A)(ii) - 2