**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE C. PICHON, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:17-cv-00275-APG-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| WELLS FARGO HOME MORTGAGE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the Court on the parties' proposed Stipulation and Order to Extend Discovery (ECF No. 34), filed on August 17, 2017. The parties request a 45-day extension of discovery but fail to provide a reason for the requested extension. Accordingly,

**IT IS HEREBY ORDERED** that the parties' proposed Stipulation and Order to Extend Discovery (ECF No. 34) is **denied** without prejudice.

DATED this 21st day of August, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge