Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE C. PICHON,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; WELLS FARGO FINANCIAL CARDS; HSBC MORTGAGE SERVICES F/K/A HFC/USCL; EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No.: 2:17-cv-00275-APG-GWF<br><br>**STIPULATION OF DISMISSAL OF WELLS FARGO HOME MORTGAGE AND WELLS FARGO FINANCIAL CARDS WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendants Wells Fargo Home Mortgage and Wells Fargo Financial Cards, from the above captioned action, with prejudice. Each party will bear their own fees and costs. **IT IS SO ORDERED.**

_____ 12/18/2017
UNITED STATES DISTRICT JUDGE

IT IS SO STIPULATED.

Dated this 15th day of December, 2017.

| /s/ *Matthew I. Knepper* | /s/ *Tanya N. Lewis* |
|---|---|
| Matthew I. Knepper, Esq. | Kelly H. Dove, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 10569 |
| Miles N. Clark, Esq. | Tanya N. Lewis, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 8855 |
| KNEPPER & CLARK LLC | SNELL & WILMER, L.L.P. |
| Email: matthew.knepper@knepperclark.com | 3883 Howard Hughes Pkwy, Ste. 1100 |
| Email: miles.clark@knepperclark.com | Las Vegas, NV 89169-5958 |
|  | Email: kdove@swlaw.com |
| David H. Krieger, Esq. | Email: tlewis@swlaw.com |
| HAINES & KRIEGER, LLC |  |
| Email: dkrieger@hainesandkrieger.com | Attorneys for Defendants |
|  | *Wells Fargo Home Mortgage and* |
| *Attorney for Plaintiff* | *Wells Fargo Financial Cards* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this \_\_\_\_ day of _____ 2017.

Stipulation of Dismissal of Wells Fargo Home Mortgage and Wells Fargo Financial Cards With Prejudice - 2